# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

DUSTIN LYNN HUGHES,       )
                               )
      *Plaintiff*,        )
                               )      Case No. 1:24-cv-234
v.                           )
                               )      Judge Atchley
                               )
WASHINGTON COUNTY SHERIFF'S   )      Magistrate Judge Steger
DEPARTMENT,              )
                               )
      *Defendant*.      )

## ORDER

On June 29, 2026, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation [Doc. 8] pursuant to 28 U.S.C. § 636(b) and the Rules of this Court. The Magistrate Judge recommends that Plaintiff's claims be dismissed without prejudice and this case closed. [Doc. 8]. Magistrate Judge Steger found that Plaintiff misrepresented to the Court whether he had already initiated a previous lawsuit dealing with the same facts and that his claims in this action were inadequate for the same reasons articulated in case no. 2:24-cv-85-JRG-CRW. [*Id.* at 2].

Plaintiff has not filed an objection to the Report and Recommendation.[1] While the Magistrate Judge's Report and Recommendation was returned as undeliverable due to Plaintiff's release from the Washington County Detention Center, the Court's local rules require pro se litigants to report a change of address to the Court by filing a notice with the Clerk of Court within

---

[1] Magistrate Judge Steger advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 8 at 3 n.1]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

fourteen (14) days. E.D. Tenn. L.R. 83.13. The mail returned to the Court indicates that it was processed and returned by the Washington County Detention Center on July 14, 2026. [Doc. 9]. Out of an abundance of caution, the Court has permitted Plaintiff fourteen days from July 14, 2026, to file a change of address with the Court; however, as of the date of this Order, Plaintiff has failed to do so. Failure of a pro se litigant to notify the Court of any change of address is grounds alone for dismissal. E.D. Tenn. L.R. 83.13; FED. R. CIV. P. 41(b). The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Steger's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Steger's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 8]. Plaintiff's Complaint [Doc. 2] is hereby **DISMISSED WITHOUT PREJUDICE**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**